**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

|   |   |
|---|---|
| APPOTRONICS CORPORATION LTD., <br><br>             Plaintiff, <br><br> v. <br><br> DELTA ELECTRONICS, INC., <br><br>             Defendant. | Civil Action No. 2:19-cv-00466-RGD-LRL |

**EMERGENCY MOTION OF DEFENDANT DELTA ELECTRONICS INC. TO STAY
THE CASE DUE TO CORONAVIRUS OUTBREAK**

  Defendant Delta Electronics, Inc. ("Delta") respectfully moves on an emergency basis for an order staying this action because of the worldwide pandemic caused by the Coronavirus Disease (COVID-19) and until the release of governmentally imposed restrictions due to the Coronavirus outbreak.  For the reasons stated in the supporting Memorandum, Delta specifically proposes that this Court order that the parties complete document production and interrogatory supplementation by April 14, 2020, that the April 27, 2020 hearing on Delta's pending Motion to Transfer (Dkt. 30) proceed, but that the case otherwise is stayed pending the lifting of travel and other restrictions that would allow deposition discovery to commence.  In the alternative, Delta respectfully moves that this Court extend by at least <u>three months</u> all remaining case deadlines (subject to the Court's convenience for hearings, conferences, and trial) in the Court's Rule 16(b) Scheduling Order (Dkt. 34).

Dated:  March 20, 2020        Respectfully submitted,

                By:  */s/ Frank A. Edgar, Jr.*

Frank A. Edgar, Jr., Esq. (VA Bar No. 36833)
GOLDSTEIN, EDGAR & REAGAN
741 J Clyde Morris Boulevard
Newport News, VA 23601
Telephone: (757) 873-8773
Facsimile: (757) 873-8713
Email: faedgarjr@ibglaw.com

Benjamin L. Kiersz (VA Bar No. 47043)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard, Suite 1400
McLean, VA 22102
Telephone: 703.770.7900
Email: Benjamin.kiersz@pillsburylaw.com

Christopher Kao (*pro hac vice*)
  christopher.kao@pillsburylaw.com
David J. Tsai (*pro hac vice*)
  david.tsai@pillsburylaw.com
Brock S. Weber (*pro hac vice*)
  brock.weber@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
4 Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: 415.983.1000

*Counsel for Defendant*
*Delta Electronics, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on March 20, 2020, the foregoing document was electronically filed with the Clerk of the Court for the UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA, using Court's Electronic Case Filing (ECF) system.  The ECF system routinely sends a "Notice of Electronic Filing" to all counsel of record who have consented to accept this notice as service of this document by electronic means.  Any party not receiving the Court's electronic notification will be sent a copy of the foregoing document.

Dated: March 20, 2020

By: ___*/s/ Frank A. Edgar, Jr.*___
Frank A. Edgar, Jr., Esq.

*Counsel for Defendant*
*Delta Electronics, Inc.*