IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

APPOTRONICS CORPORATION
LIMITED,

    Plaintiff,

v.                                          CIVIL ACTION NO. 2:19cv446

DELTA ELECTRONICS, INC.,

    Defendant.

## ORDER

Before the Court is the parties' Joint Motion for Extension of Case Schedule. ECF No. 69. The parties cite concerns regarding their discovery deadlines due to discovery that must take place in Taiwan and mainland China, complicated by the COVID-19 pandemic. ECF No. 69 at 1-2. Upon consideration, the parties' Joint Motion for Extension of Case Schedule is hereby **GRANTED**. Accordingly, the parties' discovery deadlines are set forth as follows:

Fact discovery will close September 11, 2020.

The deadline for opening expert reports is September 18, 2020.

The deadline for rebuttal expert reports is September 25, 2020.

Expert discovery will close October 2, 2020.

The deadline for motions for summary judgment is October 5, 2020.

The deadline for responses to motions for summary judgment is October 12, 2020.

The deadline for replies to motions for summary judgment is October 16, 2020.

All other deadlines as set forth in the Amended Rule 16(b) Scheduling Order shall remain the same. *See* ECF No. 66.

It is so **ORDERED**.

/s/ Lawrence R. Leonard
United States Magistrate Judge

Norfolk, Virginia
July 28, 2020