IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| APPOTRONICS CORPORATION LTD., <br><br> Plaintiff, <br><br> v. <br><br> DELTA ELECTRONICS, INC., <br><br> Defendant. | Civil Action No. 2:19-cv-00466-RGD-LRL |

**DEFENDANT'S MOTION TO COMPEL THE DEPOSITION OF YI LI**

  Defendant Delta Electronics, Inc. ("Delta") respectfully moves this Court pursuant to Federal Rules of Civil Procedure 30 and 37 to enter an order compelling Plaintiff Appotronics Corporation Ltd. ("Appotronics") to produce Yi Li for deposition. Delta noticed Mr. Li's deposition back in March 2020, but just one week before his scheduled deposition on September 11, 2020, Plaintiff refused to produce him because Plaintiff is apparently intending to amend its claims in this lawsuit (which it still has not done). Plaintiff's potential amendment would change nothing about Mr. Li's relevance to this case and cannot prevent his deposition. Mr. Li, Appotronics' founder and CEO, has extensive knowledge of issues relevant to the parties' competing claims for correction of patent inventorship in this case, including as admitted by Appotronics itself. Mr. Li is also a named inventor on the patent for which Delta seeks to correct inventorship in this action. Mr. Li's relevance cannot be reasonably disputed, and there is no good reason, let alone the required exceptional circumstances, to prevent his deposition.

1

Thus, for these reasons, as explained in more detail in the supporting Memorandum, Delta respectfully requests that the Court enter an order compelling Plaintiff Appotronics to produce Yi Li for deposition.

Dated:  October 23, 2020                                   Respectfully submitted,


By:    */s/ Frank A. Edgar, Jr.*
Frank A. Edgar, Jr., Esq. (VA Bar No. 36833)
GOLDSTEIN, EDGAR & REAGAN
741 J Clyde Morris Boulevard
Newport News, VA  23601
Telephone: (757) 873-8773
Facsimile:  (757) 873-8713
Email: faedgarjr@ibglaw.com

Benjamin L. Kiersz (VA Bar No. 47043)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard, Suite 1400
McLean, VA  22102
Telephone: 703.770.7900
Email: Benjamin.kiersz@pillsburylaw.com

Christopher Kao (*pro hac vice*)
   christopher.kao@pillsburylaw.com
David J. Tsai (*pro hac vice*)
   david.tsai@pillsburylaw.com
Brock S. Weber (*pro hac vice*)
   brock.weber@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
4 Embarcadero Center, 22nd Floor
San Francisco, CA  94111
Telephone: 415.983.1000

*Counsel for Defendant*
*Delta Electronics, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 23, 2020, the foregoing document was electronically filed with the Clerk of the Court for the UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA, using Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "Notice of Electronic Filing" to all counsel of record who have consented to accept this notice as service of this document by electronic means. Any party not receiving the Court's electronic notification will be sent a copy of the foregoing document.

Dated: October 23, 2020

By: __/s/ Frank A. Edgar, Jr.__
Frank A. Edgar, Jr., Esq.

*Counsel for Defendant*
*Delta Electronics, Inc.*