**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| APPOTRONICS CORPORATION LTD., </br></br>  Plaintiff, </br></br> v. </br></br> DELTA ELECTRONICS, INC., </br></br>  Defendant. | Civil Action No. 2:19-cv-00466-RGD-LRL |

**NOTICE OF WITHDRAWAL OF
MOTION TO COMPEL THE DEPOSITION OF YI LI (DKT. 74)**

NOW COMES defendant and counterclaim plaintiff Delta Electronics, Inc. ("Delta"), by counsel, and provides notice of its desire to withdraw immediately its Motion to Compel the Deposition of Yi Li (Dkt. 74) without prejudice to Delta's ability to refile the Motion after November 30, 2020.  This action is taken with the knowledge and consent of plaintiff and counterclaim defendant Appotronics Corporation, LTD., and is intended to allow the parties time to continue ongoing discussions regarding the potential resolution of the case.

Dated:  November 6, 2020 Respectfully submitted,

By:  /s/ Frank A. Edgar, Jr.
Frank A. Edgar, Jr., Esq.
VA Bar No. 36833
Attorney for Delta Electronics, Inc.
GOLDSTEIN, EDGAR & REAGAN
741 J Clyde Morris Boulevard
Newport News, VA  23601
Telephone: (757) 873-8773
Facsimile: (757) 873-8713
Email: faedgarjr@ibglaw.com

Benjamin L. Kiersz, Esq.
VA Bar No. 47043
Attorney for Delta Electronics, Inc.
PILLSBURY WINTHROP SHAW
PITTMAN LLP
1650 Tysons Boulevard, Suite 1400
McLean, VA  22102
Telephone: (703) 770-7900
Facsimile: (703) 770-7901
Email: Benjamin.kiersz@pillsburylaw.com

Christopher Kao, Esq.
pro hac vice
David J. Tsai, Esq.
pro hac vice
Brock S. Weber, Esq.
pro hac vice
Attorneys for Delta Electronics, Inc.
PILLSBURY WINTHROP SHAW
PITTMAN LLP
4 Embarcadero Center, 22nd Floor
San Francisco, CA  94111
Telephone: (415) 983-1000
Facsimile:  (415) 983-1200
Email:  christopher.kao@pillsburylaw.com
Email:  david.tsai@pillsburylaw.com

Counsel for Defendant
Delta Electronics, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 6, 2020, the foregoing document was electronically filed with the Clerk of the Court for the UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA, using Court's Electronic Case Filing (ECF) system.  The ECF system routinely sends a "Notice of Electronic Filing" to all counsel of record who have consented to accept this notice as service of this document by electronic means.  Any party not receiving the Court's electronic notification will be sent a copy of the foregoing document.

                                                             */s/* Frank A. Edgar Jr.
                                              Frank A. Edgar, Jr., Esq.
                                              *Counsel for Defendant and Counterclaim Plaintiff Delta Electronics, Inc.*