IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

Appotronics Corporation Limited,

    Plaintiff,

v.

    Civil Action No: 2:19cv466-RGD-LRL

Delta Electronics, Inc.,

    Defendant.

### AMENDED RULE 16(b) SCHEDULING ORDER

Pursuant to [86] Motion to Continue Inventorship Trial to Permit In-Person Testimony and with coordination of counsel regarding the current trial date of October 25, 2021, the Court established the following trial schedule:

1. Trial shall commence on **April 18, 2022, at 10:00 a.m.**, at Norfolk.

2. Trial by jury has not been demanded. Proposed findings of fact and conclusions of law shall be electronically filed with the Clerk on or before **April 11, 2022.**

3. A final pretrial conference shall be conducted on **April 7, 2022 at 10:30 a.m.** before District Judge Robert G. Doumar.

4. An attorney's conference is scheduled in the office of counsel for plaintiff on **March 31, 2022**.

5. The pretrial disclosures required by Rule 26(a)(3) shall be delivered to all counsel on or before **March 22, 2022** and any objections to this disclosure shall be delivered to all counsel on or before **March 29, 2022**.

IT IS SO ORDERED.

/s/
Robert G. Doumar
Senior United States District Judge

Date: September 7, 2021