\#

# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*
<u>NORFOLK DIVISION</u>

## <u>Tuesday, December 7, 2021</u>

**MINUTES OF PROCEEDINGS** **IN**     <u>Open Court via ZoomGov</u>
**PRESENT**: THE HONORABLE    <u>Robert G. Doumar, Senior United States District Judge</u>
Courtroom Deputy:<u>    Lori Baxter                </u>
Law Clerk:<u>   Chris Carter                    </u>                Reporter:<u>   Jody Stewart, OCR    </u>

| Set: 2:00 p.m. | Started: 2:00 p.m. | Ended: 2:22 p.m. |
|---|---|---|
| Case No.   2:19cv466 | | |
| | | |
| Appotronics Corporation Limited | | |
| v. | | |
| Delta Electronics, Inc. | | |
| | | |
| Appearances:   Gary M. Hnath for the Plaintiff.   Christopher Kao, Brock S. Weber, and Frank A. Edgar, Jr. for the Defendant. | | |
| | | |
| Status conference held via ZoomGov.   This case involves an inventorship dispute.   Comments of Court.  The parties are directed to attend a settlement conference with Magistrate Judge Leonard within 60 days. The Court will issue an order with additional details.   Court adjourned. | | |
| | | |
| | | |